Opinion filed January 9, 2020



In The

# Eleventh Court of Appeals

_____

## No. 11-19-00368-CV

_____

## IN RE JUAN ESPINOZA

---

**Original Proceeding**

---

**-- and --**

_____

## No. 11-19-00369-CV

_____

## IN THE MATTER OF THE GUARDIANSHIP OF J.A.E., A MINOR

---

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. G12876**

---

# MEMORANDUM OPINION

On November 26, 2019, Juan Espinoza filed in this court a motion for stay and motion for temporary relief in which he requested that this court issue a stay related to cause no. G12876 in the Midland County Court at Law. Espinoza indicated in his motion that the case was scheduled for a hearing on December 6 and that he "will request" a writ of mandamus in conjunction with his motion; however, Espinoza has yet to file a writ of mandamus as he indicated he would. We deny the motion for stay and motion for temporary relief.

Espinoza also filed a notice of appeal from an order in which the trial court denied Espinoza's motion to dismiss for lack of jurisdiction. When the appeal was docketed in this court, the clerk of this court notified the parties that the trial court's order did not appear to be a final, appealable order. We requested that Espinoza file a response showing grounds to continue the appeal, and we directed Espinoza to pay the $205 filing fee on or before December 6, 2019. We notified Espinoza by letter dated December 12, 2019, that the filing fee was past due. In that letter, we directed Espinoza to pay the $205 filing fee on or before December 17, 2019, and we informed Espinoza that failure to do so "**may result in dismissal of the case**." As of this date, Espinoza has not filed any response showing grounds to continue the appeal, nor has he remitted the filing fee. Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

Cause No. 11-19-00368-CV and Cause No. 11-19-00369-CV are dismissed.

January 9, 2020                                          PER CURIAM

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.